UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WATERMARK SENIOR LIVING
RETIREMENT COMMUNITIES, INC.,

      Plaintiff,

                                Case No. 17-11886

v.

                                Hon. John Corbett O'Meara

MORRISON MANAGEMENT
SPECIALISTS, INC.

      Defendant.
_____/


**ORDER DENYING PLAINTIFF'S**
**MOTION FOR RECONSIDERATION**

Before the court is Plaintiff's motion for reconsideration of the court's

August 22, 2017 opinion and order granting Defendant's motion to dismiss.  The

standard for granting a motion for reconsideration is as follows:

> Generally, and without restricting the court's discretion,
> the court will not grant motions for rehearing or
> reconsideration which merely present the same issues
> ruled upon by the court, either expressly or by reasonable
> implication.  The movant shall not only demonstrate a
> palpable defect by which the court and the parties have
> been misled but also show that correcting the defect will
> result in a different disposition of the case.

LR 7.1(h)(3).  A motion for reconsideration "is not properly used as a vehicle to re-

hash old arguments or to advance positions that could have been argued earlier but

were not." <u>Smith v. Mount Pleasant Schools</u>, 298 F. Supp.2d 636, 637 (E.D. Mich.

2003) (citing <u>Sault Ste. Marie Tribe of Chippewa Indians v. Engler</u>, 146 F.3d 357,

374 (6th Cir. 1998)).

Having filed a motion that reiterates arguments already considered by the

court, Plaintiff has not demonstrated a "palpable defect" by which the court and

parties have been misled.

IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration is

DENIED.

s/John Corbett O'Meara
United States District Judge

Date: October 24, 2017

I hereby certify that a copy of the foregoing document was served upon
counsel of record on this date, October 24, 2017, using the ECF system.

s/William Barkholz
Case Manager